583 A.2d 311
STATE OF NEW JERSEY v. GREGORY WEBB.

January 23, 1990.

Petition for certification denied.

583 A.2d 311
STATE OF NEW JERSEY v. HECTOR LUIS CRUZ.

January 23, 1990.

Petition for certification denied.

583 A.2d 311
STATE IN THE INTEREST OF R.C.W.

January 23, 1990.

Petition for certification denied.

583 A.2d 312
STATE OF NEW JERSEY v. KIM A. CURCI.

January 23, 1990.

Petition for certification denied.

583 A.2d 312
STATE OF NEW JERSEY v. HASSAN BOLDEN.

January 23, 1990.

Petition for certification denied.